# *Mellinger, Sanders & Kartzman, LLC*

ATTORNEYS AT LAW

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

(973) 267-0220

FAX (973) 267-3979

LOUIS P. MELLINGER
MICHAEL S. SANDERS
STEVEN P. KARTZMAN
ADAM G. BRIEF, COUNSEL TO THE FIRM
NICOLE CORONA
SEYMOUR RUDENSTEIN (1933-1983)
JACOB MELLINGER (1928-2001)

BARRY E. LEVINE
 OF COUNSEL

E-MAIL   skartzman@msklaw.net
         abrief@msklaw.net
         ncorona@msklaw.net

Essex County Office
55 Essex Street
Millburn, N.J. 07041
Telephone (973) 218-0220

**PLEASE RESPOND TO:**
  MORRIS PLAINS

November 14, 2012

**Via ECF**
The Honorable Dennis M. Cavanaugh
United States District Judge
Martin Luther King Building
50 Walnut Street, Room 4015
Newark, New Jersey 07101

      R.:    **Arts des Provinces de France, Inc.**
             **Case No. 11-29111 DHS**

             **First Data Services, LLC, Appellant v. Steven P. Kartzman, Appellee**
             <u>**Civil Action No. 2:12-cv-06574**</u>

Dear Judge Cavanaugh:

      This firm represents Steven P. Kartzman, in the above referenced case.  Enclosed please find a proposed Stipulation and Consent Order Establishing Briefing Schedule signed by the parties in resolution of the Motion to Extend Briefing Schedule [Dkt Entry 3].  Same is respectfully submitted for the Court's review and consideration.

                              Respectfully submitted,

                              /s/ Adam G. Brief

                              ADAM G. BRIEF

AGB/jk
encl.
cc:     Cynthia E. Moh, Esq.